| | |
|---|---|
| 1 | ROBERT E. DAVIES, ESQ. / SBN 106810<br>MARY A. STEWART, ESQ. / SBN 106758 |
| 2 | GREGORY A. NELSON, ESQ. / SBN 274926<br>DONAHUE DAVIES LLP |
| 3 | P.O. BOX 277010<br>Sacramento, CA 95827 |
| 4 | Telephone: (916) 817-2900<br>Facsimile: (916) 817-2644 |
| 5 | E-Mail: rdavies@donahuedavies.com<br>E-Mail: mstewart@donahuedavies.com |
| 6 | E-Mail: gnelson@donahuedavies.com |
| 7 | Attorneys for Defendants<br>FOREST RIVER, INC and STIER'S RV CENTERS, |
| 8 | LLC, dba CAMPING WORLD RV SALES |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN THRASHER, individual,<br><br>Plaintiff,<br><br>v.<br><br>FOREST RIVER, INC., an Indiana corporation; LIPPERT COMPONENTS, INC., a business entity; STIER'S RV CENTERS, LLC, dba CAMPING WORLD RV SALES, a business entity; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:17-cv-02641-TLN-EFB<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT (LOCAL RULE 144); ORDER ON STIPULATION**<br><br>Complaint Filed: December 18, 2017<br>Trial Date: Not Scheduled |

1. Plaintiff Brian Thrasher, individual, is represented by attorneys Hallen D. Rosner, Esq. and Jeffrey L. LePere, Esq. of ROSNER, BARRY & BABBITT, LLP.

2. Defendants FOREST RIVER, INC. and STIER'S RV CENTERS, LLC, dba CAMPING WORLD RV SALES are represented by attorneys Robert E. Davies, Mary A. Stewart and Gregory A. Nelson of DONAHUE DAVIES LLP.

3. Defendants FOREST RIVER, INC. and STIER'S RV CENTERS, LLC, dba CAMPING WORLD RV SALES' responsive pleadings to the Complaint are currently due to be filed and served on or before January 31, 2018.

///

///

1

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT (LOCAL RULE 144); ORDER ON STIPULATION**

4. Plaintiff's counsel has agreed to extend Defendants' time to respond to the Complaint to and including February 15, 2018, an additional fifteen (15) days from the January 31, 2018 response date, as provided for in Local Rule 144.

**STIPULATION**

The parties do now hereby agree and stipulate as follows:

1. The time for Defendants FOREST RIVER, INC. and STIER'S RV CENTERS, LLC, dba CAMPING WORLD RV SALES to file and serve their responsive pleading to the Complaint is extended to and including February 15, 2018, an additional fifteen (15) days from the January 31, 2018 response date as provided for in Local Rule 144.

**IT IS SO STIPULATED**.

DATED: January 30, 2018                      **ROSNER, BARRY & BABBITT, LLP**

                                                                    By: /s/ Jeffrey L. LePere, Esq.
                                                                    Jeffrey L. LePere, Esq.
                                                                    Attorney for Plaintiff
                                                                    BRIAN THRASHER

DATED: January 30, 2018                      **DONAHUE DAVIES LLP**

                                                                      By: /s/ Mary A. Stewart, Esq.
                                                                    Mary A. Stewart, Esq.
                                                                    Attorney for Defendants
                                                                    FOREST RIVER, INC. and STIER'S RV
                                                                    CENTERS, LLC, dba CAMPING WORLD
                                                                    RV SALES

**ORDER ON STIPULATION FOR EXTENSION OF TIME**

**TO RESPOND TO COMPLAINT**

Pursuant to the foregoing Stipulation of the parties for extension of time for Defendants FOREST RIVER, INC. and STIER'S RV CENTERS, LLC, dba CAMPING WORLD RV SALES to respond to Plaintiff's Complaint, and as provided for in Local Rule 144, it is hereby ordered that:

The time for Defendants FOREST RIVER, INC. and STIER'S RV CENTERS, LLC, dba CAMPING WORLD RV SALES to file and serve its responsive pleading to the Complaint is extended to and including February 15, 2018, an additional fifteen (15) days from the current January 31, 2018 response date.

**IT IS SO ORDERED.**

Dated: 1/31/2018

Troy L. Nunley
United States District Judge